**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1029**

_____

MOHAMED MUKHTAR IMAN,

        Plaintiff - Appellant,

    v.

TRANSPORTATION SECURITY ADMINISTRATION,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00674-PTG-JFA)

_____

Submitted:  March 12, 2024                  Decided:  March 15, 2024

_____

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mohamed Mukhtar Iman, Appellant Pro Se.  Hugham Chan, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohamed Mukhtar Iman appeals the district court's order dismissing as untimely his claim pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 as time-barred. *See* 28 U.S.C. § 2401(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Iman v. Transp. Sec. Admin.*, No. 1:22-cv-00674-PTG-JFA (E.D. Va. Nov. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*